**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**Hartford Division**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| MOHAMMED MALIK, | : | CASE NO. 15-21923 (jjt) |
| Debtor | : | DECEMBER 5, 2017 |

**WITHRAWAL OF APPEARANCE**

The undersigned counsel for the creditor, Manchester Tobacco & Candy Company ("Manchester"), in the above-captioned Chapter 7 bankruptcy action, hereby withdraws Manchester's February 10, 2016 Appearance filed herein, terminating its involvement in this action.

MANCHESTER TOBACCO &
CANDY COMPANY

_/s/ John S. Rosania_
John S. Rosania, Esq.
Fed. Bar No.: CT02123
David G. Hill & Associates, LLC
180 Glastonbury Boulevard, Suite 202
Glastonbury, CT 06033

## CERTIFICATION

I hereby certify that a copy of the foregoing Withdrawal was mailed and/or e-mailed on this 5th day of December, 2017 to the following counsel of record:

Jefferson Hanna, III, Esq. (Debtor's Counsel)
484 Main Street, Suite 23
Middletown, Connecticut 06457

John H. Grasso, Esq. (Chapter 7 Trustee)
Boscarino, Grasso & Twachtman
628 Hebron Avenue, Building 2, Suite 301
Glastonbury, CT 06033

U.S. Trustee
450 Main Street, 7th Floor
Hartford, CT 06103

_____
John S. Rosania, Esq.